[No. 22046–2–I. Division One. April 16, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES O'NEAL BURCH, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 87–1–03964–8, John M. Darrah, J., entered March 18, 1988. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Winsor and Baker, JJ.